UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

ALLAN GRANGER and SUSAN GRANGER,

    Plaintiffs,

              v.

ALFA LEISURE, INC.,

    Defendant.

ORDER

08-cv-00039-bbc

---

    Plaintiffs request that the clerk of court enter default against defendant pursuant to Federal Rule of Civil Procedure 55(a) for failure to answer or otherwise respond to the complaint filed by plaintiffs. Defendant filed an answer on February 15, 2008, with a Motion for Leave to File Answer Instanter. The court granted defendant's motion on February 15, 2008. Therefore, plaintiffs' request for entry of default is denied.

    Dated this 21st day of February, 2008.

                                          /s/
                                        Theresa M. Owens
                                        Clerk of Court