IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ALLAN GRANGER and
SUSAN GRANGER,

              Plaintiffs,

  v.

ALFA LEISURE, INC.,

         Defendant/Third Party Plaintiff

  v.

CRAFT'S TRADING CENTER, INC.,

         Third Party Defendant.

ORDER

08-cv-39-bbc

---

      The parties have stipulated to amending the calendar to move the expert disclosure deadlines and the summary judgment motion deadline. *See* dkt. 19. The court accepts the stipulation regarding experts (which didn't need to be filed with the court) but declines to accept the stipulation regarding the summary judgment deadline. This is because expert disclosures do not affect the court's ability to do *its* work on this lawsuit in a timely fashion, but summary judgment motions filed later than four months before trial compromise the court's ability to provide a timely ruling.

      The parties predict that we will need to re-calendar this case upon the new third-party defendant making its appearance. I don't see how it could be otherwise. Since re-calendaring certainly will occur before the end of May, there is no genuine risk that the Grangers or Alfa Leisure will miss the current summary judgment motion deadline. Although the court appreciates the parties' caution, I find it unnecessary to buy into their jury-rigged schedule.

      Entered this 14th day of April, 2008.

                                        BY THE COURT:

                                           /s/
                                      _____
                                      STEPHEN L. CROCKER
                                      Magistrate Judge